IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOUG HADSELL,

    Plaintiff,

v.

BRIDGET SICKON et al.,

    Defendants.

No. CV 08-1101-MO

ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS **ONLY**

**MOSMAN, J.,**

Based upon the Order of the Court filed April 1, 2009, (#84) granting Trans Union, LLC's Motion to Dismiss (#58), Pacific Screening, Inc.'s Motion to Dismiss (#66), and Experian, Inc.'s Motion to Dismiss (#70),

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice as to defendants Trans Union, LLC, Pacific Screening, Inc., and Experian, Inc. **only**.

DATED this  17th  day of April, 2009.

                /s/ Michael W. Mosman
                MICHAEL W. MOSMAN
                United States District Judge